**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| NERY ARMANDO SAGASTUME-DIAZ, | : | Civil No. 1:26-CV-01239 |
| Petitioner, | : | |
| v. | : | |
| ATTORNEY GENERAL OF THE UNITED STATES, *et al.*, | : | |
| Respondents. | : | Judge Jennifer P. Wilson |

# ORDER

**AND NOW**, on this 10th day of September, 2026, in accordance with the accompanying memorandum, **IT IS ORDERED THAT** the petition for writ of habeas corpus, Doc. 1, is **DENIED**. **IT IS FURTHER ORDERED THAT** the Clerk of Court shall enter judgment in favor of Respondents and close this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania